**E-Filed 6/10/2010**

1  JEFFREY A. MILLER (SBN 160602)
   jmiller@orrick.com
2  MATTHEW J. HULT (SBN 197137)
   matthult@orrick.com
3  MONTE M.F. COOPER (SBN 196746)
   mcooper@orrick.com
4  SIDDHARTHA VENKATESAN (SBN 245008)
   svenkatesan@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:     (650) 614-7400
7  Facsimile:     (650) 614-7401

8  ERIC J. AMDURSKY (SBN 180288)
   eamdursky@omm.com
9  JUSTIN D. WALKER (SBN 252268)
   jwalker@omm.com
10 O'MELVENY & MYERS LLP
   2765 Sand Hill Road
11 Menlo Park, CA  94025
   Telephone:     (650) 473-2600
12 Facsimile:     (650) 473-2601

13 DAVID S. ALMELING (SBN 235449)
   dalmeling@omm.com
14 O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
15 San Francisco, CA  94105
   Telephone:     (415) 984-8700
16 Facsimile:     (415) 984-8701

17 Attorneys for Plaintiff and
   Counterclaim Defendant UPEK, Inc.

HENRY C. BUNSOW (SBN 60707)
bunsowh@howrey.com
DENISE M. DE MORY (SBN 168076)
demoryd@howrey.com
BRIAN A.E. SMITH (SBN 188147)
smithbrian@howrey.com
IRENE YANG (SBN 245464)
yangi@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant and
Counterclaim Plaintiff AUTHENTEC, INC.

18                 UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                      SAN JOSE DIVISION

21 UPEK, Inc., a Delaware corporation,          Case No. 5:10-cv-00424-JF-PVT
22                Plaintiff,
                                                **JOINT STIPULATION AND [PROPOSED]**
23          vs.                                 **ORDER EXTENDING DEADLINES TO**
                                                **FILE OPPOSITION AND REPLY BRIEF**
24 AuthenTec, Inc., a Delaware corporation,     **TO MOTION TO STRIKE [DKT. NO. 95]**
25                Defendant.                    Judge:      Hon. Jeremy Fogel
26
   _____
27 AND RELATED COUNTERCLAIMS
28

HOWREY LLP

Case No. 10-cv-00424-JF-PVT
JOINT STIPULATION and [PROPOSED] ORDER EXTENDING
DEADLINES to File Opp and Reply to Motion to Strike

DM_US:23291033_1

1    Pursuant to Civil Local Rule 6-2, Plaintiff/Counterclaim Defendant UPEK, Inc. and

2  Defendant/Counterclaimant AuthenTec, Inc. hereby stipulate as follows:

3    On January 29, 2010, UPEK filed its original complaint seeking, among other relief,

4  declaratory judgments that UPEK does not manufacture or sell any product that infringes any claims of

5  U.S. Patent Nos. 6,667,439; 5,940,526; 7,505,613; 5,953,441; and 6,049,620 (Dkt. No. 1).  UPEK

6  further sought declaratory judgments that one or more of the claims of each of he '439, '526, '613,

7  '441, and '620 Patents  are invalid (*id.*).  AuthenTec answered UPEK's complaint on February 2, 2010,

8  and asserted multiple counterclaims, including counterclaims alleging that UPEK infringes each of the

9  '439, '526, '613, '441, and '620 Patents (Dkt. No. 5).  Pursuant to Fed. R. Civ. P. 15(a), UPEK filed an

10  Amended Complaint on February 23, 2010, which added to its other declaratory judgment claims one

11  seeking a declaration that the '620 Patent is unenforceable due to inequitable conduct (Dkt. No. 13).

12  AuthenTec answered the Amended Complaint on March 12, 2010, and again asserted counterclaims

13  alleging infringement by UPEK of each of the '439, '526, '613, '441, and '620 Patents (Dkt. No. 25).

14  UPEK replied to those counterclaims on March 29, 2010 (Dkt. No. 43).

15    On April 22, 2010, AuthenTec, Inc. filed an Answer and First Amended Counterclaims that

16  dropped its counterclaims alleging infringement by UPEK of two patents, the '439 Patent and the '613

17  Patent, from AuthenTec's originally filed counterclaims and added one other patent, U.S. Patent No.

18  6,259,804 (Dkt. No. 74).  Yang Declaration, ¶ 2.  On April 27, 2010, UPEK filed a Motion to Strike

19  AuthenTec's Answer and First Amended Counterclaims (Dkt. No. 95).  *Id.*  AuthenTec's Opposition

20  Brief to UPEK's Motion to Strike is scheduled to be filed today, June 4, 2010, and UPEK's Reply

21  Brief is scheduled to be filed on June 11, 2010.  *Id.*  The Motion to Strike is scheduled for hearing on

22  June 25, 2010.  *See* Dkt. No. 95.

23    On May 28, 2010, the parties attended a Case Management Conference with the Court, at

24  which the Court indicated that it would hold a Markman hearing in October 2010.  Yang Declaration, ¶

25  3.  The parties are in the process of negotiating a resolution to UPEK's Motion to Strike.  *Id.* ¶ 4.

26

27

28

**HOWREY LLP**

Case No. 10-cv-00424-JF-PVT                                            -2-
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES TO FILE OPP AND REPLY TO MOTION TO STRIKE

DM_US:23291033_1

1    UPEK and AuthenTec hereby stipulate that AuthenTec's Opposition Brief to UPEK's Motion

2  to Strike shall be filed, if necessary, on June 9, 2010, and UPEK's Reply Brief shall be filed, if

3  necessary, on June 16, 2010.  *See* Yang Declaration, ¶ 6.

4    IT IS SO STIPULATED.

5

6  Dated:  June 4, 2010                    HOWREY LLP

7

8                                          By:  */s/ Irene Yang*
                                                _____
9                                                   Irene Yang
                                                Attorneys for Defendant / Counterclaimant
10                                               AUTHENTEC, INC.

11
   Dated:  June 4, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP
12

13
                                           By:  */s/ Jeffrey A. Miller*
14                                              _____
                                                   Jeffrey A. Miller
15                                              Attorneys for Plaintiff / Counterclaim
                                                Defendant
16                                              UPEK, Inc.

17    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19 Dated:_____6/7/2010_____

20                                         _____
21                                              HON. Jeremy Fogel
                                           UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Case No. 10-cv-00424-JF-PVT                    -3-
Joint Stipulation and [Proposed] Order Extending
Deadlines to File Opp and Reply to Motion to Strike

HOWREY LLP

DM_US:23291033_1

**CERTIFICATION BY IRENE YANG PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.       I am an attorney licensed to practice law in the state of California, and am an associate in the law firm of Howrey LLP, counsel for Defendant/Counterclaimant AuthenTec, Inc.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.       The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on June 4, 2010.


                                                                    */s/ Irene Yang*
                                                        Irene Yang

HOWREY LLP

Case No. 10-cv-00424-JF-PVT
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES TO FILE OPP AND REPLY TO MOTION TO STRIKE
DM_US:22889284_1