**E-Filed 6/17/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UPEK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>        Defendant.<br><hr>AUTHENTEC, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>    v.<br><br>UPEK, INC., a Delaware Corporation,<br><br>        Counterdefendant. | Case No. 10-424-JF (PVT)<br><br>SCHEDULING ORDER[1] RE CLAIM CONSTRUCTION |

At a case management conference on May 28, 2010, the Court scheduled a claim construction hearing for October 28, 2010. The parties have been unable to reach agreement on a schedule leading up to the claim construction hearing. AuthenTec has submitted a proposed schedule; UPEK has neither responded nor submitted an alternative proposal. Having considered

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C-10-424 JF (PVT)
ORDER (1) GRANTING AUTHENTEC'S ADMINISTRATIVE MOTIONS TO SEAL, ETC.
(JFEX1)

AuthenTec's proposed schedule, and good cause therefor appearing, the Court will enter a scheduling order as set forth below. Discovery is to proceed with respect to claim construction issues only.

| Event | Deadline |
|---|---|
| Initial Case Management Conference | Friday, May 28, 2010, 10:30 a.m. |
| Rule 26 Initial Disclosures | Friday, June 11, 2010 |
| Deadline for modified Patent L.R. 3-1 and 3-2 disclosures | Tuesday, June 22, 2010<br><br>1. Identify which claims are asserted against which products;<br><br>2. Create one chart for one asserted independent claim against one product;<br><br>3. Identify the claimed priority and invention dates for the asserted patent; and<br><br>4. Produce the documents required by Patent L.R. 3-2 concurrently with the infringement disclosures |
| Deadline for modified Patent L.R. 3-3 and 3-4 disclosures | Tuesday, July 20, 2010<br><br>1. Identify which prior art the party asserts against which claims and the basis for the assertion;<br><br>2. Chart one dependent claim for each reference or combination thereof; and<br><br>3. Produce the documents required by Patent L.R. 3-4 concurrently with the invalidity disclosures |
| Exchange of proposed claim terms for construction pursuant to Patent L.R. 4-1 | Tuesday, August 3, 2010 |
| Exchange of preliminary claim construction and extrinsic evidence pursuant to Patent L.R. 4-2 | Tuesday, August 10, 2010 |
| Joint claim construction and prehearing statement pursuant to Patent L.R. 4-3 | Tuesday, August 24, 2010 |
| Close of claim construction discovery pursuant to Patent L.R. 4-4 | Wednesday, September 8, 2010 |

Case No. C-10-424 JF (PVT)
ORDER (1) GRANTING AUTHENTEC'S ADMINISTRATIVE MOTIONS TO SEAL, ETC.
(JFEX1)

| Opening claim construction briefs pursuant to Patent L.R. 4-5(a) | Thursday, September 23, 2010 |
| --- | --- |
| Responsive claim construction briefs pursuant to Patent L.R. 4-5(b) | Thursday, October 7, 2010 |
| Reply claim construction briefs pursuant to Patent L.R. 4-5(c) | Thursday, October 14, 2010 |
| Case tutorial | October 28, 2010, 10:00 a.m. |
| Claim construction hearing pursuant to Patent L.R. 4-6 | October 28, 2010, 10:00 a.m. |
| Further case management conference | October 28, 2010, 10:00 a.m. |

IT IS SO ORDERED.

DATED:  6/17/10

_____
JEREMY FOGEL
United States District Judge

3

Case No. C-10-424 JF (PVT)
ORDER (1) GRANTING AUTHENTEC'S ADMINISTRATIVE MOTIONS TO SEAL, ETC.
(JFEX1)