**E-Filed 7/6/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UPEK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>        Defendant.<hr>AUTHENTEC, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>    v.<br><br>UPEK, INC., a Delaware Corporation,<br><br>        Counterdefendant. | Case No. 10-424-JF (PVT)<br><br>AMENDED SCHEDULING ORDER[1]<br>RE CLAIM CONSTRUCTION |

      Pursuant to the parties' stipulation and pending further order of the Court, discovery is limited to matters relevant to claim construction, including infringement contentions. The scheduling order previously entered by the Court is amended to read as follows:

---

[1] This disposition is not designated for publication in the official reports.

| Event | Deadline |
|---|---|
| Initial Case Management Conference | Friday, May 28, 2010, 10:30 a.m. |
| Rule 26 Initial Disclosures | Friday, June 18, 2010 |
| UPEK files Motion for Leave to Amend | Wednesday, June 30, 2010 |
| Deadline for modified Patent L.R. 3-1 and 3-2 disclosures:<br><br>1. Identify which claims are asserted against which products;<br><br>2. Create one chart for one asserted independent claim against one product;<br><br>3. Identify the claimed priority and invention dates for the asserted patent; and<br><br>4. Produce the documents required by Patent L.R. 3-2 concurrently with the infringement disclosures | Friday, July 2, 2010 |
| AuthenTec files any opposition to UPEK's Motion for Leave to Amend | Thursday, July 8, 2010 |
| UPEK files any Reply in support of its Motion for Leave to Amend | Thursday, July 15, 2010 |
| Deadline for modified Patent L.R. 3-3 and 3-4 disclosures:<br><br>1. Identify which prior art the party asserts against which claims and the basis for the assertion;<br><br>2. Chart one dependent claim for each reference or combination thereof; and<br><br>3. Produce the documents required by Patent L.R. 3-4 concurrently with the invalidity disclosures | Tuesday, July 27, 2010 |
| Exchange of proposed claim terms for construction pursuant to Patent L.R. 4-1 | Tuesday, August 3, 2010 |
| Exchange of preliminary claim construction and extrinsic evidence pursuant to Patent L.R. 4-2 | Tuesday, August 17, 2010 |
| Joint claim construction and prehearing statement pursuant to Patent L.R. 4-3 | Thursday, August 26, 2010 |

2

Case No. C-10-424 JF (PVT)
AMENDED SCHEDULING ORDER RE CLAIM CONSTRUCTION.
(JFEX1)

| Close of claim construction discovery pursuant to Patent L.R. 4-4 | Wednesday, September 8, 2010 |
|---|---|
| Opening claim construction briefs pursuant to Patent L.R. 4-5(a) | Thursday, September 16, 2010 |
| Responsive claim construction briefs pursuant to Patent L.R. 4-5(b) | Thursday, October 7, 2010 |
| Reply claim construction briefs pursuant to Patent L.R. 4-5(c) | Thursday, October 14, 2010 |
| Case tutorial | October 28, 2010, 10:00 a.m. |
| Claim construction hearing pursuant to Patent L.R. 4-6 | October 28, 2010, 10:00 a.m. |
| Further case management conference | October 28, 2010, 10:00 a.m. |

IT IS SO ORDERED.

DATED:  7/6/10

_____
JEREMY FOGEL
United States District Judge