JEFFREY A. MILLER (SBN 160602)
jmiller@orrick.com
MATTHEW J. HULT (SBN 197137)
matthult@orrick.com
MONTE M.F. COOPER (SBN 196746)
mcooper@orrick.com
SIDDHARTHA M. VENKATESAN (SBN 245008)
svenkatesan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
UPEK, Inc.

ERIC J. AMDURSKY (SBN 180288)
eamdursky@omm.com
JUSTIN D. WALKER (SBN 252268)
jwalker@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone: (650) 473-2600
Facsimile:  (650) 473-2601

DAVID S. ALMELING (SBN 235449)
dalmeling@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone: (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Plaintiff
UPEK, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UPEK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>　　　　　Counter-claimant,<br><br>　　　v.<br><br>UPEK, INC., a Delaware corporation,<br><br>　　　　　Counter-defendant. | CASE NO. 10-cv-00424 JF (PVT)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE BRIEFING SCHEDULE** |

After the June 25, 2010 hearing, the parties met and conferred further concerning UPEK's proposed motion to amend its Complaint and while no compromise was reached, the parties did agree to a briefing schedule to expedite consideration of UPEK's motion. Accordingly, the parties respectfully submit the following proposed briefing schedule and proposed order:

| EVENT | DEADLINE |
| --- | --- |
| UPEK files Motion for Leave to Amend | June 30, 2010 |
| AuthenTec files any Opposition to UPEK's Motion | July 8, 2010 |
| UPEK files any Reply | July 15, 2010 |

IT IS SO STIPULATED.

Dated: July 1, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/  Matthew J. Hult  /s/*
Matthew J. Hult
Attorneys for Plaintiff/Counterclaim Defendant
UPEK, INC.

Dated: July 1, 2010

HOWREY LLP

*/s/  Denise De Mory  /s/*
Denise De Mory
Attorneys for Defendant/Counterclaim Plaintiff
AUTHENTEC, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/2, 2010

Honorable Jeremy Fogel
United States District Court Judge
Northern District of California