**E-Filed 8/13/10**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UPEK, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>　　　　　　Counterclaimant,<br><br>　　v.<br><br>UPEK, INC., a Delaware Corporation,<br><br>　　　　　　Counterdefendant. | Case No. 10-424-JF (PVT)<br><br>AMENDED SCHEDULING ORDER[1]<br>RE CLAIM CONSTRUCTION |

　　Pursuant to the parties' stipulation, the claim construction hearing will be postponed to promote a more accurate claim construction process. The claim construction hearing will be set for December 16, 2010 because of a scheduling conflict with the date proposed by the parties. The proposed schedule otherwise will be adopted as follows:

---

[1] This disposition is not designated for publication in the official reports.

| Event | Deadline |
|---|---|
| Exchange of proposed claim terms for construction pursuant to Patent L.R. 4-1 | Friday, August 27, 2010 |
| Exchange of preliminary claim construction and extrinsic evidence pursuant to Patent L.R. 4-2 | Tuesday, September 14, 2010 |
| Joint claim construction and prehearing statement pursuant to Patent L.R. 4-3 | Friday, September 24, 2010 |
| Close of claim construction discovery pursuant to Patent L.R. 4-4 | Friday, October 8, 2010 |
| Opening claim construction briefs pursuant to Patent L.R. 4-5(a) | Friday, October 22, 2010 |
| Responsive claim construction briefs pursuant to Patent L.R. 4-5(b) | Friday, November 5, 2010 |
| Reply claim construction briefs pursuant to Patent L.R. 4-5(c) | Friday, November 19, 2010 |
| Case tutorial | December 16, 2010, 10:00 a.m. |
| Claim construction hearing pursuant to Patent L.R. 4-6 | December 16, 2010, 10:00 a.m. |
| Further case management conference | December 16, 2010, 10:00 a.m. |

IT IS SO ORDERED.

DATED: 8/13/10

JEREMY FOGEL
United States District Judge

Case No. C-10-424 JF (PVT)
AMENDED SCHEDULING ORDER RE CLAIM CONSTRUCTION
(JFEX1)