1   JEFFREY A. MILLER (SBN 160602)   HENRY C. BUNSOW (SBN 60707)
    jmiller@orrick.com                bunsowh@howrey.com
2   MATTHEW J. HULT (SBN 197137)      DENISE M. DE MORY (SBN 168076)
    matthult@orrick.com               demoryd@howrey.com
3   MONTE M.F. COOPER (SBN 196746)    BRIAN A.E. SMITH (SBN 188147)
    mcooper@orrick.com                smithbrian@howrey.com
4   SIDDHARTHA VENKATESAN (SBN 245008)   IRENE YANG (SBN 245464)
    svenkatesan@orrick.com            yangi@howrey.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP   HOWREY LLP
    1000 Marsh Road                   525 Market Street, Suite 3600
6   Menlo Park, CA  94025             San Francisco, CA 94105
    Telephone:    (650) 614-7400      Telephone:  (415) 848-4900
7   Facsimile:    (650) 614-7401      Facsimile:  (415) 848-4999

8   ERIC J. AMDURSKY (SBN 180288)     Attorneys for Defendant and
    eamdursky@omm.com                 Counterclaim Plaintiff AUTHENTEC, INC.
9   JUSTIN D. WALKER (SBN 252268)
    jwalker@omm.com
10  O'MELVENY & MYERS LLP
    2765 Sand Hill Road
11  Menlo Park, CA  94025
    Telephone:    (650) 473-2600
12  Facsimile:    (650) 473-2601

13  DAVID S. ALMELING (SBN 235449)
    dalmeling@omm.com
14  O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
15  San Francisco, CA  94105
    Telephone:    (415) 984-8700
16  Facsimile:    (415) 984-8701

17  Attorneys for Plaintiff and
    Counterclaim Defendant UPEK, Inc.

18

                        UNITED STATES DISTRICT COURT

19

                        NORTHERN DISTRICT OF CALIFORNIA

20

                              SAN JOSE DIVISION

21

22  UPEK, Inc., a Delaware corporation,      Case No. 5:10-cv-00424-JF-PVT

            Plaintiff,

23                                           **JOINT STIPULATION AND [PROPOSED]**
                                             **ORDER OF DISMISSAL**

24          vs.
                                             Judge:      Hon. Jeremy Fogel

25  AuthenTec, Inc., a Delaware corporation,

            Defendant.

26

27  AND RELATED COUNTERCLAIMS

28

HOWREY LLP

Case No. 10-cv-00424-JF-PVT
JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Auth (UPEK) - Joint Stip and Proposed Order of Dismissal.DOC

1   On September 7, 2010, UPEK, Inc. ("UPEK") and AuthenTec, Inc. ("AuthenTec") announced

2  that they have merged.   Therefore, IT IS HEREBY STIPULATED AND AGREED, by and between

3  the parties to the above captioned matter, that:

4   1.   All of UPEK's claims in Case No. 5:10-cv-00424-JF-PVT are hereby dismissed with

5  prejudice.

6   2.   All of AuthenTec's counterclaims in Case No. 5:10-cv-00424-JF-PVT are hereby

7  dismissed with prejudice.

8   3.   The clerk is directed to close the file in the above-captioned matter.

9   4.   Each party shall bear its own costs and expenses.

10   IT IS SO STIPULATED.

11  Dated:  September 7, 2010                    HOWREY LLP

12

13                                             By:   /s/ Denise M. De Mory
                                                         Denise M. De Mory
14                                                 Attorneys for Defendant / Counterclaimant
                                                   AUTHENTEC, INC.
15

16  Dated:  September 7, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                                             By:   /s/ Jeffrey A. Miller
                                                         Jeffrey A. Miller
19                                                 Attorneys for Plaintiff / Counterclaim
                                                   Defendant
20                                                 UPEK, Inc.

21

22   **IT IS SO ORDERED.**

23

24  Dated: _9/9/10_____

25                                             _____

26                                                  HON. Jeremy Fogel
                                                UNITED STATES DISTRICT JUDGE
27

28

## CERTIFICATION BY DENISE DE MORY PURSUANT TO GENERAL RULE NO. 45,
## SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1.      I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Howrey LLP, counsel for Defendant/Counterclaimant AuthenTec, Inc.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on September 7, 2010.

_/s/ Denise M. De Mory_
Denise M. De Mory

HOWREY LLP

Case No. 10-cv-00424-JF-PVT
JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Auth (UPEK) - Joint Stip and Proposed Order of Dismissal.DOC